Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:   (216) 621-0200
Facsimile:   (216) 696-0740
Email:       peyre@bakerlaw.com
             evargo@bakerlaw.com
             mmumford@bakerlaw.com

Tracy L. Cole
BAKER HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Telephone:   (212) 589-4228
Facsimile:   (212) 589-4201
Email:       tcole@bakerlaw.com

Attorneys for Defendant
Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. C 11-0829 SI | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 |
| METROPCS WIRELESS, INC.,<br><br>  Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>  Defendants. | Individual Case No. C 11-0829 SI<br><br>STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER<br><br>**Clerk's Action Required** |

WHEREAS, plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, Hannstar Display

Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Mitsui & Co. (Taiwan), Ltd., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"), among other defendants, on December 17, 2010 ("Complaint");

WHEREAS, MetroPCS wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS, MetroPCS and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be ninety (90) days from the execution of this stipulation. In computing this time period, Rule 6 of the Federal Rules of Civil Procedure shall govern.

1  DATED: February 25, 2011

2

3  By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (CA Bar No. 81297)
4  Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
5  NOSSAMAN LLP
50 California Street, 34th Floor
6  San Francisco, California  94111-4799
(415) 398-3600 (Phone)
7  (415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
8  *cblumenstein@nossaman.com*
*kchao@nossaman.com*
9
*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*
10

11  By: /s/ Adam Raviv
Nathan L. Walker (CA Bar No. 206128)
12  WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
13  Palo Alto, California  94304
(650) 858-6000 (Phone)
14  (650) 858-6100 (Facsimile)
*Nathan.Walker@wilmerhale.com*
15
Steven Cherry (*pro hac vice*)
16  Adam Raviv (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DOOR LLP
17  1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
18  (202) 663-6000 (Phone)
(202) 663-6363 (Facsimile)
19  *Steven.Cherry@wilmerhale.com*
*Adam.Raviv@wilmerhale.com*
20
*Counsel for Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,*
21  *CMO Japan Co., Ltd.*

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503228667.6       3       Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

1  By: /s/ Stephen P. Freccero
Melvin R. Goldman (CA Bar No. 34097)
2  Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
3  MORRISON & FOERSTER LLP
425 Market Street
4  San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
5  (415) 268-7522 (Facsimile)
mgoldman@mofo.com
6  sfreccero@mofo.com
dforan@mofo.com
7

8  Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation

9

10  By: /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
11  Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
12  Jeffrey L. Bornstein (CA Bar No. 99358)
K&L GATES LLP
13  925 Fourth Avenue, Suite 2900
Seattle, WA 98104
14  (206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)
15  romana.emerson@klgates.com

16
Counsel for Defendant Hannstar Display Corporation
17

18
By: /s/ Kent M. Roger
19  Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
20  Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
21  One Market, Spear Street Tower
San Francisco, CA 94105-1126
22  (415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
23  kroger@morganlewis.com
mkim-szrom@morganlewis.com
24  jennifer.calvert@morganlewis.com

25  Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

| | |
|---|---|
| 1 | By: /s/ Michael E. Mumford_____ |
| | Paul P. Eyre |
| 2 | Ernest E. Vargo |
| | Michael E. Mumford |
| 3 | BAKER & HOSTETLER LLP |
| | PNC Center |
| 4 | 1900 East Ninth Street, Suite 3200 |
| | Cleveland, Ohio 44114-3482 |
| 5 | (216) 621-0200 (Phone) |
| | (216) 696-0740 (Facsimile) |
| 6 | *peyre@bakerlaw.com* |
| | *evargo@bakerlaw.com* |
| 7 | *mmumford@bakerlaw.com* |
| 8 | *Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.* |
| 9 | |
| 10 | By: /s/ Allison A. Davis_____ |
| | Allison A. Davis (CA Bar No. 139203) |
| 11 | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery Street, Suite 800 |
| 12 | San Francisco, CA 94111-6533 |
| | (415) 276-6500 (Phone) |
| 13 | (415) 276-6599 (Facsimile) |
| | *allisondavis@dwt.com* |
| 14 | |
| | *Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.* |
| 15 | |
| 16 | By: /s/ Jacob R. Sorenson_____ |
| | John M. Grenfell (CA Bar No. 88500) |
| 17 | Jacob R. Sorensen (CA Bar No. 209134) |
| | Fusae Nara (*pro hac vice*) |
| 18 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 50 Fremont Street |
| 19 | San Francisco, CA 94105 |
| | (415) 983-1000 (Phone) |
| 20 | (415) 983-1200 (Facsimile) |
| | *john.grenfell@pillsburylaw.com* |
| 21 | *jake.sorensen@pillsburylaw.com* |
| | *fusae.nara@pillsburylaw.com* |
| 22 | |
| | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503228667.6 — 5 — Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

1  By: /s/ Rachel S. Brass
   Rachel S. Brass
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, CA 94105-2933
   (415) 393-8200 (Phone)
4  (415) 393-8306 (Facsimile)
   rbrass@gibsondunn.com
5
6  *Counsel for Defendant Tatung Company of America, Inc.*

7
   By: /s/ John H. Chung
8  John H. Chung
   WHITE & CASE LLP
9  1155 Avenue of the Americas
   New York, NY 10036-2787
10 (212) 819-8200 (Phone)
   (212) 354-8113 (Facsimile)
11 *jchung@whitecase.com*

12 *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

13

14 By: /s/ Philip J. Iovieno
   William A. Isaacson
15 BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue, N.W., Suite 800
16 Washington, D.C. 20015
   (202) 237-2727 (Phone)
17 (202) 237-6131 (Facsimile)
   *wisaacson@bsfllp.com*
18
   Philip J. Iovieno
19 Anne M. Nardacci
   BOIES, SCHILLER & FLEXNER LLP
20 10 North Pearl Street, 4th Floor
   Albany, NY 12207
21 (518) 434-0600 (Phone)
   (518) 434-0665 (Facsimile)
22 *piovieno@bsfllp.com*
   *anardacci@bsfllp.com*
23
   *Counsel for Plaintiff MetroPCS Wireless, Inc.*
24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503228667.6                           6                    Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2   IT IS SO STIPULATED.

3   DATED this __28th__ day of __February__, __2011__.

5   By: _____/s/ Susan Illston_____

6        Hon. SUSAN ILLSTON

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND