GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.
TATUNG COMPANY OF AMERICA, INC.

[Additional parties and counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Related to<br>Individual Case No. 3:11-cv-00829-SI<br><br>METROPCS WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Master File No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>Individual Case No. 3:11-cv-00829-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT** |

WHEREAS Plaintiff MetroPCS Wireless, Inc. filed a First Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd, Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Mitsui & Co. (USA), Inc., Sanyo Consumer Electronics Co., Ltd., Sharp

1

1  Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America
2  Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and
3  Toshiba Mobile Display Co., Ltd. ("Stipulating Defendants"), on July 8, 2011;

4      WHEREAS the Court denied the Stipulating Defendants' motion to dismiss the First
5  Amended Complaint on October 26, 2011;

6      WHEREAS the Stipulating Defendants' deadline to respond to the First Amended Complaint
7  is currently November 9, 2011;

8      WHEREAS extending the Stipulating Defendants' time to respond to the First Amended
9  Complaint will not alter the date of any other event or deadline already fixed by the Court;

10      THEREFORE, MetroPCS Wireless, Inc. and the Stipulating Defendants hereby agree:

11      1.    The Stipulating Defendants' deadline to answer the First Amended Complaint shall be
12  November 30, 2011.

13

14      IT IS SO STIPULATED.

15                               Respectfully submitted,

16  DATED: November 3, 2011

17                               By: _____/S/_____
                                William A. Isaacson (pro hac vice)

18
                                William A. Isaacson (pro hac vice)
19                                 BOIES, SCHILLER & FLEXNER LLP
                                5301 Wisconsin Ave. NW, Suite 800
20                                 Telephone: (202) 237-2727
                                Facsimile: (202) 237-6131
21                                 *wisaacson@bsfllp.com*

22
                                Philip J. Iovieno (pro hac vice)
23                                 Anne M. Nardacci (pro hac vice)
                                Christopher V. Fenlon (pro hac vice)
24                                 BOIES, SCHILLER & FLEXNER LLP
                                10 North Pearl Street, 4th Floor
25                                 Albany, NY 12207
26                                 Telephone: (518) 434-0600
                                Facsimile: (518) 434-0665
27                                 *piovieno@bsfllp.com*
                                *anardacci@bsfllp.com*
28                                 *cfenlon@bsfllp.com*

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
*lmckay@bsfllp.com*

*Attorneys for MetroPCS Wireless, Inc.*


By: _____/S/_____
     Rachel S. Brass (SBN 219301)

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Rebecca Justice Lazarus (SBN 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*rbrass@gibsondunn.com*

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*


By: _____/S/_____
     Christopher A. Nedeau (SBN 81297)

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Katharine Chao (SBN 247571)

NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398.3600 (Phone)
(415) 398.2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*


By: _____/S/_____
     Christopher B. Hockett (SBN 121539)

3

| | |
|---|---|
| 1 | |
| 2 | Christopher B. Hockett (SBN 121539)<br>Neal A. Potischman (SBN 254862)<br>Sandra West (SBN 250389)<br>Samantha H. Knox (SBN 254427)<br>Micah G. Block (SBN 270712)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California  94025<br>(650) 752.2000 (Phone)<br>(650) 752.2111 (Facsimile)<br>*chris.hockett@davispolk.com*<br>*neal.potischman@davispolk.com*<br>*sandra.west@davispolk.com*<br>*samantha.knox@davispolk.com*<br>*micah.block@davispolk.com* |

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450.4000 (Phone)
(212) 701.5800 (Facsimile)
*jonathan.martin@davispolk.com*
*bradley.hansen@davispolk.com*

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*


By:  _____/S/_____
       Stephen P. Freccero (SBN 131093)

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268.7000 (Phone)
(415) 268.7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Attorneys for Defendants Epson Electronics America, Inc. and Epson Imaging Devices, Corp.*


By:  _____/S/_____
       Ramona M. Emerson (*pro hac vice*)

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623.7580 (Phone)
(206) 623.7022 (Facsimile)

Jeffrey L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 249.1059 (Phone)
(415) 882.8220 (Facsimile)

*Attorneys for Defendant HannStar Display Corporation*


By:　　　　　　　　/S/
　　　　　Kent M. Roger (SBN 95987)

Kent M. Roger (SBN 95987)
Jennifer L. Calvert (SBN 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442.1000 (Phone)
(415) 442.1001 (Facsimile)
*kroger@morganlewis.com*
*jennifer.calvert@morganlewis.com*

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By:　　　　　　　　/S/
　　　　　Allison A. Davis (SBN 139203)

Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276.6500 (Phone)
(415) 276.6599 (Facsimile)
*allisondavis@dwt.com*

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Ave. N.E., Suite 2300

Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
Email: nickverwolf@dwt.com

*Attorneys for Defendant Sanyo Consumer Electronics Co., Ltd.*

By: _____/S/_____
    Jacob R. Sorensen (SBN 209134)

John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983.1000 (Phone)
(415) 983.1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*
*andrew.lanphere@pillsburylaw.com*

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: _____/S/_____
    John H. Chung (*pro hac vice*)

Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)
(212) 354-811 (facsimile)
*ccuran@whitecase.com*
*jchung@whitecase.com*
*mtoto@whitecase.com*
*kmcahren@whitecase.com*

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba Mobile Display*

*Co., Ltd.*

By: _____/S/_____
    Michael E. Mumford

Ernest E. Vargo
Paul P. Eyre
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*evargo@bakerlaw.com*
*peyre@bakerlaw.com*
*mmumford@bakerlaw.com*

*Attorneys for Defendant Mitsui & Co. (U.S.A.), Inc.*

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____11/3/11_____   _____
           Date Entered                         Honorable Judge Susan Illston

Stipulation and [Proposed] Order for Extension of Time
Case No.: MDL 07-01827; 3:11-cv-00829-SI

Gibson, Dunn & Crutcher LLP